IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LARRY ECHLIN and THELMA ECHLIN                                           PLAINTIFFS

v.                                         No. 5:06CV00150 JMM

LARRY MCGEE, Individually, and in his Official Capacity
as Sheriff of Lincoln County, Arkansas; CHARLIE COLE,
Individually, and in his Official Capacity as County Judge of
Lincoln County, Arkansas; Officer DAVID PARKER,
Individually, and in his Official Capacity as an employee of
Lincoln County Sheriff's Department; Sgt. LARRY SMITH,
Individually, and in his Official Capacity as employee of
Monticello Police Department; Chief TOMMY FREE,
Individually, and in his Official Capacity as employee of
Monticello Police Department; and DAVID ANDERSON,
Individually, and in his Official Capacity as Mayor of the
City of Monticello, Arkansas                                             DEFENDANTS

## JUDGMENT

In accordance with the memorandum opinion and order filed this date and the July 27th memorandum opinion and order, summary judgment is hereby entered in favor of all defendants on the federal claims. The pendent state claims are dismissed without prejudice.

DATED this 1st day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE